```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ROSARIO MARINELLO           )
                            )
         Plaintiff(s),      )   No.  C07-1117 BZ
                            )
    v.                      )   ORDER REQUIRING AMENDED
                            )   APPLICATION TO PROCEED IN
CALIFORNIA DEPARTMENT OF    )   FORMA PAUPERIS
CORRECTIONS AND             )
REHABILITATION,             )
                            )
         Defendant(s).      )
                            )
                            )
_____)
```

Plaintiff has applied to proceed in forma pauperis. Having reviewed the application, I find that I cannot properly evaluate it because it contains conflicting or incomplete financial information.

In her application, plaintiff claims to make $300 per month "from Securities trades," lists no other monthly income, and lists $2100 in a savings account. Her monthly expenses, however, exceed $1000. It is thus unclear how plaintiff covers her monthly expenses. Moreover, although plaintiff states she earns $300 per month in securities trades, she

1

lists no securities holdings as assets under question seven. These conflicting and incomplete responses preclude me from meaningfully evaluating plaintiff's eligibility to proceed <u>in forma pauperis</u>.

For these reasons, and for good cause appearing, **IT IS HEREBY ORDERED** that plaintiff must either submit an amended application or pay the ordinary filing fee and proceed accordingly.  By no later than **Friday, April 6, 2007**, plaintiff shall either file an amended application or pay the filing fee of $350.00.  Failure to take one of these actions by that date will result in dismissal of this action without prejudice.  Any amended application should address the questions raised in this Order.  Plaintiff is reminded that if she chooses to pay the filing fee rather than amend her application, she is responsible for serving her complaint and any amendments or attachments, pursuant to Federal Rule of Civil Procedure 4.

Dated: March 6, 2007

Bern_____
United _____ udge

IT IS SO ORDERED
Judge Bernard Zimmerman

G:\BZALL\-BZCASES\Marinello\ORDER.DENY.IFP.F

2