```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ROSARIO MARINELLO          )
                           )
        Plaintiff(s),      )   No.  C07-1117 BZ
                           )
   v.                      )   ORDER REQUIRING COMPLIANCE
                           )   WITH LOCAL RULES
SHIRLEY S. CHATER,         )
                           )
        Defendant(s).      )
                           )
                           )
_____)
```

*Pro se* litigants must include their names, addresses, telephone numbers, fax numbers and e-mail addresses on the first page of each paper presented to the court.  See Local Civil Rule 3-4(a)(1).  The party has a continuing duty to notify the Court of a change in address and, if mail is returned as undeliverable and the party fails communicate the correct address to the court, the action may be dismissed. See Local Civil Rule 3-11.  Despite using the address provided by plaintiff, the Court's Orders have repeatedly and for various reasons been returned as undeliverable.  In addition, the Court's staff has been unable to contact plaintiff by

1

1  phone.  Therefore, **IT IS HEREBY ORDERED** that plaintiff shall
2  comply with Local Rules 3-4 and 3-11 and, moreover, file her
3  correct contact information with the Court by no later than
4  **Monday, April 30, 2007.**  Noncompliance with this Order or any
5  of my other orders may result in dismissal of plaintiff's
6  action without prejudice.
7  Dated: April 18, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\Contact.Info.ORDER.wpd

IT IS SO ORDERED
Judge Bernard Zimmerman