UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>　　　　Defendant(s). | No.  C07-1117 BZ<br><br>**FIRST CASE MANAGEMENT ORDER** |

　　　Having held a case management conference on June 4, 2007, **IT IS HEREBY ORDERED** as follows:

　　　1.　If plaintiff wishes to participate in the Electronic Case Filing Program (ECF), he must register as an E-filer by **Friday, June 15, 2007** and comply with all rules regarding E-filing.  Plaintiff should consult the ECF website at http://ecf.cand.uscourts.gov for instructions regarding ECF registration forms, interactive tutorials, and complete instructions for E-filing.

　　　2.　If plaintiff wishes to proceed in forma pauperis, he

1

1  must file a second amended application by **Wednesday, June 20,**
2  **2007**.  Plaintiff is encouraged to consult my Order dated **April**
3  **9, 2007** (Docket No. 11, a copy of which is attached) so as to
4  make sure that all required information is included.
5     3.  If plaintiff wishes not to proceed in forma pauperis,
6  he must pay the normal filing fee of $350 by **Friday, July 6,**
7  **2007** and serve his complaint on defendant.
8     4.  By **Wednesday, June 20, 2007**, plaintiff must comply
9  with my Order dated **April 18, 2007** (Docket No. 12, a copy of
10 which is attached).
11 Dated: June 5, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\CASE MANAGEMENT ORDER.wpd

2