UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO MARINELLO,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>      Defendant(s). | No.  C07-1117 BZ<br><br>**FOURTH ORDER REQUIRING AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS** |

    Plaintiff has applied to proceed in forma pauperis. Twice before, I have denied plaintiff's request and ordered him to file an amended application.  Docket Nos. 5, 11. Following a case management conference, I ordered that plaintiff submit an amended application by June 20, 2007 if he wished to proceed in forma pauperis.  On June 8, I received a letter and additional information from plaintiff relating to his securities trading.  While helpful, plaintiff must submit an completely updated, amended application if he wishes still to proceed in forma pauperis.

1

1        First, the statements contained in plaintiff's June 8
2   letter are not made under penalty or perjury.  Thus,
3   plaintiff's assertions that he has exhausted the funds used to
4   trade securities is of little help.  Moreover, plaintiff now
5   asserts that he is employed part-time.  He fails, however, to
6   inform the Court of his monthly income, current savings,
7   current assets and the like.

8        For these reasons, and for good cause appearing, **IT IS**
9   **HEREBY ORDERED** that by no later than **Monday, June 25, 2007**,
10  plaintiff shall either file a completely updated and amended
11  application or pay the normal filing fee of $350.00.  Failure
12  to take one of these actions by that date will result in
13  dismissal of this action without prejudice.  Any amended
14  application must address the questions raised in this Order.
15  Plaintiff is reminded that if he chooses to pay the filing fee
16  rather than amend his application, he is responsible for
17  serving his complaint and any amendments or attachments,
18  pursuant to Federal Rule of Civil Procedure 4.

19  Dated: June 13, 2007

                                _____
                                        Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\4TH.ORDER.DENY.IN.FORM.PAUP.wpd