From: Rosario Marnello　　　　　　　　　　　　　　　8/10/2007
266 Reservation Rd. # f-232
Marina Ca. 93933

To: Clerk Office
United States District Court
Northern District of California
450 Golden Gate Avenue 16th floor,
San Francisco, CA. 94102

**Motion**
Case # C07-1117 BZ

To Whom It May Concern:

I am filling this motion in order to extend the due date for the $350.00 for another 45 days till September 30th, 2007. **Due to the severity of the damages this situation has caused I will be seeking legal assistance.**

On Monday, August 6th, 2007 I was informed by Union Rep, local 39 Mr. Leo Camarina, that I was not to receive any union assistance in my attempt to be reinstated as an M&SSI. I am also not allowed to participate in Correctional Counselor interviews.

I have exhausted all of my available funds on living expenses and liabilities as of May 1st, 2007. I have begun part-time employment on August 1st, 2007, thus have not raised the entire amount for the filing fee. I will also need to raise funds for an expert legal representative.

Sincerely,

*Rosario Marinello*
Rosario Marinello

ORDER

13 Aug 07

[signature]

ORIGINAL FILED AUG 13 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

FILED AUG 13 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROSARIO MARINELLO,

        Plaintiff,

v.

CALIFORNIA DEPT OF CORRECTIONS et al,

        Defendant.
                                /

Case Number: CV07-01117 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2007, I SERVED a true and correct copy(ies) of the attached **ORDER EXTENDING TIME TO PAY FILING FEE**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rosario Marinello
266 Reservation Road, #F-232
Marina, CA 93933

Dated: August 13, 2007

                                        Richard W. Wieking, Clerk
                                        By: Rose Maher, Deputy Clerk