UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSARIO MARINELLO | ) | |
| Plaintiff(s), | ) | No.  C07-1117 BZ |
| v. | ) | **SECOND ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) | |
| Defendant(s). | ) | |

Plaintiff'S October 2, 2007 request for an extension of time to pay the Court's filing fee is **GRANTED**.  Plaintiff must pay the filing fee by no later than **Monday, December 3, 2007.** No further extensions will be granted, and failure to timely pay the fee may result in dismissal of plaintiff's suit.

Dated: October 3, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\2ND.ORD.EXTENTION.PAY.wpd

1