UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSARIO MARINELLO | ) | |
| Plaintiff(s), | ) | No. C07-1117 BZ |
| v. | ) | |
| | ) | **ORDER DISMISSING COMPLAINT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) | |
| Defendant(s). | ) | |

On February 23, 2007, plaintiff filed this employment discrimination complaint pro see and applied to proceed *in forma pauperis*. After a series of Orders requiring him to amend his *in forma pauperis* application, on June 27, 2007, I denied his application and ordered him to pay the filing fee by July 16, 2007. Thereafter, I granted plaintiff a series of extensions to pay the fee. On October 30, 2007 I granted plaintiff's request, ordered him to pay the fee by December 3, 2007 and cautioned him that "no further extensions will be granted, and failure to timely pay the fee may result in dismissal of plaintiff's suit."

1

On December 5, 2007 the court received a letter dated December 2, 2007 asking that this case be placed "on hold until the outcome of my most recent State Personnel Board Appeal dated November 26th, 2007" and offering to pay the filing fee "if the results are in [sic] not in my favor." The request gives no indication of when this may happen.

It is unclear why plaintiff filed a discrimination lawsuit if he was still pursuing an administrative appeal and there is no justification for disobeying the Orders requiring him to pay the filing fee. Accordingly, his requests for an indefinite extension of time is **DENIED** and this case is **DISMISSED WITHOUT PREJUDICE.**

Dated: December 20, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\Marinello\ORDER DISMISSING CASE.wpd